# EXIBIT F

# FW: Bankruptcy

| | |
|---|---|
| From: | Peggy Fraychineaud Gross (PFGross@pfgrosslaw.com) |
| To: | gaberlawwa@gmail.com |
| Cc: | pamelas_closet_usa@yahoo.com; CeliaM@pfgrosslaw.com |
| Date: | Tuesday, April 29, 2014, 12:40 PM PDT |

Jason:

Apparently Noah advised the Bankruptcy Trustee that Pamela was going to surrender the house, which is not true. I spoke with the real estate agent (Joe Witt) who has contacted Pamela saying he has been instructed by the Trustee to sell the house. This would clearly be a violation of the CR2A agreement which awarded the house to Pamela. Additionally, the Trustee needs to know that the house is under water and is not in default. I have not received any paperwork for the bankruptcy and neither has my client.

I left you a phone message advising that I want to have a telephone conversation with you about the verbiage in the final paperwork. My paralegal called the bailiff and advised that the papers had gone back and forth but we had some fine tuning that remained to see if we could extend the 45 day window. I left you my home number (253) 927-7857. My cell is (253) 222-1193. I am leaving for an appointment at 2:30 p.m. Please call me when you get a chance.

Sincerely,

Peggy Fraychineaud Gross

Attorney at Law

**LAW OFFICE OF**

**PEGGY FRAYCHINEAUD GROSS**

1702 Commercial Street

Steilacoom WA 98388

(253) 272-7152-Phone

(253) 272-2465-Fax

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is PRIVILEGED and CONFIDENTIAL. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, this serves as notice to you that you have received this document in

Case No. 14-11665-CMA      EXIBIT F      Adv. Proc. No. 19-01060-CMA

error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please delete the original message and any attachments, as well as all copies thereof, and notify me immediately via e-mail at pfgross@pfgrosslaw.com or telephone me at 253-272-7152.

On Monday, April 14, 2014 4:15 PM, Noah Keables <i_am_justified_me@yahoo.com> wrote:

Pamela,

FYI:

I was in bankruptcy court last Thursday. There is a Federal Trustee that Administrates the proceeding. His job was to verify my information and make sure I understood everything that I signed. One of the questions was what I am going to do with the house. I told him that I am surrendering it. He asked if you were in agreement with this. I told him that it was my understanding that you'd be filing bankruptcy too and letting the house go, but that I didn't want to answer definitively for you. He requested contact information and I gave him your email address. If he hasn't emailed you yet, he will be soon.

Noah

Case No. 14-11665-CMA             EXIBIT F             Adv. Proc. No. 19-01060-CMA